**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JKW/JS
F. #2020R01171

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 21, 2026

By E-mail and ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Raymond John Pirrello, Jr., et al.
Criminal Docket No. 23-499 (S-1) (KAM)

Dear Judge Matsumoto:

The parties respectfully submit this letter regarding the upcoming hearing pursuant to United States v. Fatico, 579 F.2d 707 (2d Cir. 1978), which is presently scheduled for October 27, 2026. Following submission of the defendants' supplemental briefs on October 13, 2026, see ECF Dkt. Nos. 207 and 208, the parties have met and conferred in an attempt to narrow the issues in dispute. The defendants do not dispute the accuracy of the government's flow-of-funds analysis as a summary of the transfers reflected in the underlying financial records, including the amounts transferred among the relevant entities. See ECF Dkt. No. 205-3. The defendants do not agree, however, that the amounts transferred constitute investor loss, or the amount of loss legally attributable to the defendants. As such, the government no longer plans to call Ms. Robinson as a witness at the hearing. The defendants reserve the right to challenge the government's conclusion that the flow-of-funds establishes the government's proposed loss figure.

The parties agree that the remaining factual disputes relate to the applicable definition of a markup and the value of the securities sold by Late Stage. On this point, the defendants intend to call Edward K. Rose and Professor Kumar Venkataraman as witnesses. If

necessary, the government will call Deborah Oremland to rebut Mr. Rose and/or Professor Venkataraman's testimony.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Jessica K. Weigel
James R. Simmons
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (KAM) (by ECF)
Counsel of Record (by ECF and E-mail)